No. 64688.—Fabius & Co., Inc. *v.* United States, protest 59/30103 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of a scale model of "Aruba Caribbean Hotel," articles of the manufacture of the United States returned after having been exported without having been advanced in value, and following Abstract 57104, the claim of the plaintiff was sustained.

No. 64689.—Morganite, Inc. *v.* United States, protests 59/32654 and 60/2909 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of *Morganite, Inc.* v. *United States* (29 Cust. Ct. 76, C.D. 1448), the claim of the plaintiff was sustained.

No. 64690.—J. M. Sutton Sons & Co. *v.* United States, protest 58/14975 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.